

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| PAULA REID,<br>　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>　　　Defendant. | §<br>§<br>§<br>§　CIVIL ACTION NO. 5:16-2195-MGL<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

This is a Social Security appeal. Pending before the Court is Plaintiff's motion for attorney's fees in the amount of $3,210.94 and expenses in the amount of $22.25 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Defendant does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 26th day of October, 2017, in Columbia, South Carolina.

　　　　　　　　　　　　　　　　　　/s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE