IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| PAULA REID,<br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL,<br>Acting Commissioner of Social Security,<br>　　　　Defendant. | Civil Action No.: 5:16-cv-02195-MGL |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER RULE 406(b)**

This is a Social Security appeal. Pending before the Court is Plaintiff Paula Reid's motion under 42 U.S.C. § 406(b) for attorney fees in the amount of $27,888.75. Defendant Andrew M. Saul does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 23rd day of September, 2019, in Columbia, South Carolina.

　　　　　　　　　　　　　　　　　　/s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE